**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| THE MATTER OF ALL CIVIL ACTIONS | ) Cause No. 1:13-mc-120-RLY |
| IN WHICH THE UNITED STATES IS A PARTY | ) |
| PENDING IN THE SOUTHERN DISTRICT | ) |
| OF INDIANA | ) |

## <u>MOTION TO DOCKET ORDER OF STAY OF CIVIL PROCEEDINGS IN WHICH THE UNITED STATES, ITS AGENCIES, OR OFFICERS ARE A PARTY IN CERTAIN ADDITIONAL CASES</u>

The United States, by counsel, Joseph H. Hogsett, United States Attorney, by Jill Z. Julian, Assistant United States Attorney, respectfully moves this Court docket the Order Regarding Civil Cases in Which the United States, its Agencies, Officers and Employees are Parties ("Order") entered in this cause on October 7, 2013 in each of the cases identified in Exhibit A. In support of this motion, the United States advises the Court:

1. Pursuant to paragraph 5 of the Order, the Court ordered that the United States may seek to have the Order docketed in additional cases or matters identified by the United States in which the United States, its agencies, officers or employees ("United States") have been named as parties, but in which an appearance of counsel has not been filed on behalf of the United States. The purpose of the docketing of the Order in such cases is to provide notice of the stay to all litigants.

2. The United States has currently identified approximately 48 cases that fit this description. The cases are identified in Exhibit A to this motion.

Wherefore, the United States, respectfully requests that the Court order that the Order be docketed in each of the cases identified in Exhibit A.

Respectfully submitted,

JOSEPH H. HOGSETT
UNITED STATES ATTORNEY


By:    s/ Jill Z. Julian
       Jill Z. Julian
       Assistant United States Attorney

## Cases in which to Docket Order Staying Civil Litigation
## in which the United States is Named as a Party

| Cause No. | Case Caption |
| --- | --- |
| 2:11-cv-329-WTL-WGH | Stokes v. Lockett |
| 1:13-cv-0561-WTL-TAB | Palmer v. Brown |
| 2:11-cv-258-WTL-WGH | KADAMOVAS v. LOCKETT |
| 2:13-cv-252-WTL-WGH | DELACRUZ v. REGIONAL DIRECTOR |
| 2:13-cv-250-WTL-DKL | Larry Cochran v. D. Decker, et al. |
| 2:13-cv-00120-JMS-WGH | Fernando Bustillo v. Harvey |
| 1:13-cv-01330-JMS-TAB | WHITE v. HAGEL |
| 1:13-cv-406-SEB-MJD | Sutton v. US |
| 1:13-cv-1403-WTL-DML | Tommy L. Tweedy (dec'd.) v. Colvin |
| 1:13-cv-1364-TWP-DML | William Rutherford v. Colvin |
| 1:13-cv-1412-SEB-MJD | L.B. Motley v. Colvin |
| 1-13-cv-1426-WTL-MJD | Brent A. Jarvis v. Colvin |
| 1:13-cv-1404-JMS-TAB | Nathaniel Hopkins, III v. Colvin |
| 4:4:13-cv-4:139-TWP-DML | William Dean Hensley v. Colvin |
| 4:4:13-cv-4:132-TWP-TAB | Kevin Eckert v. Colvin |
| 2:13-cv-323-JMS-MJD | Rita A. McCann v. Colvin |
| 1:13-cv-1444-TWP-TAB | Norman K. Latimer v. Colvin |
| 1:13-cv-1368-SEB-TAB | Sharon M. Cole v. Colvin |
| 2:13-cv-307-WTL-WGH | Larry W. Roznowski v. Colvin |
| 1:13-cv-1273-TWP-TAB | Katherine R. Wimmer v. Colvin |
| 4:4:13-cv-123-RLY-DML | Michael Ray Williams v. Colvin |
| 1:13-cv-1228-LJM-MJD | Delta J. Watts v. Colvin |
| 4:4:13-cv-127-SEB-WGH | Chauncey A. Todd v. Colvin |
| 1:13-cv-1:1350-WTL-TAB | Larry Stephenson v. Colvin |
| 1:13-cv-1272-WTL-DKL | Larry Smith v. Colvin |
| 1:13-cv-760-LJM-MJD | Brandy K. Samuel v. Colvin |
| 1:13-cv-1232-RLY-MJD | Sharon D. Risby v. Colvin |
| 1:13-cv-1290-RLY-TAB | Lorena Peace v. Colvin |
| 1:13-cv-1:1373-RLY-DKL | Celia Jarvis v. Colvin |
| 1:13-cv-1291-WTL-DKL | Jamie A. Griffith v. Colvin |
| 1:13-cv-932-TWP-DML | Diane Fairfield v. Colvin |
| 1:13-cv-928-LJM-MJD | Rochelle L. Duke v. Colvin |
| 1:13-cv-1:1325-JMS-DML | Amy J. Day v. Colvin |
| 1:13-cv-1241-SEB-MJD | Ivan A. Willoughby v. Colvin |
| 1:13-cv-1239-JMS-MJD | Timothy R. Shelley v. Colvin |
| 1:13-cv-1240-WTL-MJD | Alicia Hernandez v. Colvin |

| | |
|---|---|
| 1:13-cv-1262-TWP-MJD | John Gaddis v. Colvin |
| 1:13-cv-1259-JMS-TAB | John Feldhake v. Colvin |
| 1:13-cv-1261-WTL-DML | Richard Booker v. Colvin |
| 1:13-cv-1258-SEB-TAB | Beth Bloxsom v. Colvin |
| 1:13-cv-1017-SEB-DKL | Derrick W. Morris v. Colvin |
| 1:13-cv-1173-SEB-TAB | Terry D. Ledbetter v. Colvin |
| 1:13-cv-1188-TWP-MJD | Kathy Anne Kleiman v. Colvin |
| 4:13-cv-106-RLY-TAB | Mattie Jean Hicks v. Colvin |
| 1:13-cv-1195-TWP-DML | Kelli Grigsby v. Colvin |
| 1:13-cv-11:138-SEB-DML | Jerome Gearlds v. Colvin |
| 4:13-cv-999-RLY-WGH | Charles Wilburn Colegrove v. Colvin |
| 1:13-cv-1252-RLY-TAB | Hockett v. United States |

Exhibit A