UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MATTIE JEAN HICKS, | ) |
|         Plaintiff, | ) |
| vs. | ) No. 4:13-cv-00106-RLY-TAB |
| CAROLYN W. COLVIN Acting Commissioner of the Social Security Administration, | ) |
|         Defendant. | ) |

## ADOPTION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's brief in support of appeal. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The District Judge, having considered the Magistrate Judge's Report and Recommendation and any objections, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's brief in support of appeal [Filing No. 17] is granted and the Commissioner's decision is remanded for further consideration. The case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

**SO ORDERED** this 19th day of May 2014.

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

William Edward Jenner
JENNER, PATTISON, HENSLEY & WYNN, LLP
wjenner@wjennerlaw.net

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov